1

The Honorable Ricardo S. Martinez

2

3

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

4

MAR 0 4 2026    LS

5

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

UNITED STATES OF AMERICA, *ex rel.*
9  DANIEL FOSTER,

CASE NO.  2:24-cv-00910-RSM

10              Plaintiff,

**FILED UNDER SEAL**

11        v.

Noted for Consideration on:
12  GORDON TRUCK CENTERS, *et al.*,    March 4, 2026

13              Defendants.

14

**UNITED STATES' *EX PARTE* NOTICE OF INTERVENTION FOR PURPOSES OF**
15  **EFFECTUATING SETTLEMENT AND APPLICATION FOR AN UNSEALING OF**
**RELATOR'S COMPLAINT**

16

The United States of America, Gordon Truck Centers, and the Relator have reached a final

17

settlement to resolve the claims brought against Gordon Truck Centers on behalf of the United States

18

in this action. Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States

19

hereby notifies the Court of its decision to intervene for the purpose of settlement and respectfully

20

applies to the Court *ex parte* for an Order lifting the seal.

21

Specifically, the United States intervenes in this action with respect to the Covered Conduct,

22

as defined in Paragraph C of the Settlement Agreement between the United States, Relator, and

23

*EX PARTE* NOTICE OF INTERVENTION - 1
2:24-cv-00910-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Defendant Gordon Truck Centers (the "Settlement Agreement").

2      Following Defendant Gordon Truck Centers' payment to the United States of the settlement

3  amount within 30 days pursuant to the terms and conditions set forth in the Settlement Agreement,

4  the United States and the Relator will file a Joint Stipulation of Dismissal.

5      In light of the Settlement Agreement, the United States does not presently intend to file a

6  complaint-in-intervention but reserves the right to seek leave to file such a complaint in the event

7  that Defendant Gordon Truck Centers does not completely pay the full settlement amount, consistent

8  with the terms of the Settlement Agreement.

9      Accordingly, in anticipation of filing of a Stipulation of Dismissal, the United States requests

10  that this Court enter an Order, in the form herewith provided, which lifts the seal on the Relator's

11  Complaint, this Notice and Application, and all other filings.

12

13      DATED this 4th day of March, 2026.

14                          s/ Kayla C. Stahman
                            KAYLA C. STAHMAN, CA #228931
15                          Assistant United States Attorney
                            United States Attorney's Office
16                          700 Stewart Street, Suite 5220
                            Seattle, Washington 98101-1271
17                          Phone:  206-553-7970
                            Fax:    206-553-4067
18                          Email:  kayla.stahman@udsdoj.gov

19                          Attorney for the United States of America

20                          I certify that this memorandum contains 269 words, in
                            compliance with the Local Civil Rules.
21

22

23

EX PARTE NOTICE OF INTERVENTION - 2
2:24-cv-00910-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970