UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
DANIEL FOSTER,

　　　　　　　　　　Plaintiff,

　　v.

GORDON TRUCK CENTERS, *et al.*,

　　　　　　　　　　Defendants.

CASE NO.  2:24-cv-00910-RSM

**FILED UNDER SEAL**

ORDER

　　　The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having

intervened for the purpose of settlement in this action, and having requested that the Court lift the

seal in this case; it is hereby:

　　　ORDERED that the seal shall be lifted on all matters in this action; and it is further

　　　ORDERED that the Clerk of the Court shall provide an executed copy of this Order to

counsel for the United States and counsel for the Relator.

　　　DATED this 6th day of March, 2026.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1
2:24-cv-00910-RSM
FILED UNDER SEAL