The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
DANIEL FOSTER,

              Plaintiff,

        v.

GORDON TRUCK CENTERS, *et al.*,

              Defendants.

CASE NO.  2:24-cv-00910-RSM

Noted for Consideration on:
April 17, 2026

## STIPULATED MOTION TO DISMISS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the terms and conditions of the Settlement Agreement dated March 3, 2026, ("Settlement Agreement") signed by the United States; Gordon Truck Centers Inc.; and Relator Daniel Foster (collectively, "the Parties"), the United States and the Relator hereby stipulate, through their undersigned counsel, to the entry of an order dismissing the Complaint, subject to the terms and conditions of the Settlement Agreement. The Complaint shall be dismissed with prejudice to the Relator as to all claims, and with prejudice to the United States as to the Covered Conduct, as that term is defined in Paragraph C of the Settlement

STIPULATED MOTION TO DISMISS - 1
2:24-cv-00910-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Agreement. The dismissal shall otherwise be without prejudice to the United States.

2.      Relator agrees that the amount and terms of the Settlement Agreement are fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

3.      The Parties request that the Court retain jurisdiction over the matter to enforce the terms of the Settlement Agreement, should that become necessary.

4.      The United States and the Relator further request that the Court enter an order in the form of the accompanying proposed order.

DATED this 17th day of April, 2026.

s/ Kayla C. Stahman
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:  kayla.stahman@udsdoj.gov

Attorney for the United States of America

I certify that this memorandum contains 216 words, in compliance with the Local Civil Rules.

s/ Stephen A. Teller
Stephen A. Teller, WSBA #23372
300 Lenora St. #1471
Seattle, WA 98121
Telephone: 206 324 8969
Email: steve@stellerlaw.com

Attorney for Relator Daniel Foster

STIPULATED MOTION TO DISMISS - 2
2:24-cv-00910-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970