The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
DANIEL FOSTER,

                    Plaintiff,

            v.

GORDON TRUCK CENTERS, *et al.*,

                 Defendants.

CASE NO.  2:24-cv-00910-RSM

[PROPOSED] ORDER

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator Daniel Foster, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1.     The Parties having agreed to a settlement of certain claims raised in this matter;

2.     All of the claims set forth in the Complaint shall be dismissed against Defendants with prejudice, with prejudice to the Relator, and with prejudice to the United States, to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement executed by the United States, the Relator, and Defendant Gordon Truck Centers Inc. on March 3, 2026, but otherwise without prejudice to the United States; and

3.     The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

[PROPOSED] ORDER - 1
2:24-cv-00910-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this _____ day of _____, 2026.


_____
RICARDO S. MARTINEZ
United States District Judge

Presented by:


*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  kayla.stahman@udsdoj.gov


*s/ Stephen A. Teller*
Stephen A. Teller, WSBA #23372
300 Lenora St. #1471
Seattle, WA 98121
Telephone: 206 324 8969
Email: steve@stellerlaw.com

[PROPOSED] ORDER - 2
2:24-cv-00910-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970